## 9631. HAMMONTREE *v.* HAMPTON.

BROYLES, P. J. No substantial merit appears in any of the special grounds of the motion for a new trial; the verdict directed for the plaintiff was demanded by the evidence; and the court did not err in overruling the motion for a new, trial.

   *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
     DECIDED OCTOBER 16, 1918.

Complaint; from Murray superior court—Judge Tarver. March 9, 1918.

*Maddox, McCamy & Shumate,* for plaintiff in error.
*Thomas A. Brown, C. N. King,* contra.

---

## 9661. TAYLOR *v.* WILKINS.

BROYLES, P. J. 1. Where A lent certain finger-rings to B, and B, unknown to A, gave them to C as a present, the fact that C retained continuous open possession of them (claiming them as her property), in this State, for more than four years, does not give her a good title by prescription, where it appears that B had never, to the knowledge of A, claimed title to the property nor refused to return the rings to A, and where it further appears that A had no knowledge that they were in the possession of C. Under such circumstances C did not have adverse possession of the property, within the meaning of section 4172 of the Civil Code of 1910, which provides that adverse possession of personal property within this State, for four years, shall give good title by prescription.

2. The court erred in overruling the certiorari.

   *Judgment reversed. Bloodworth and Harwell, JJ., concur.*
     DECIDED OCTOBER 16, 1918.

Certiorari; from Fulton superior court—Judge Bell. March 29, 1918.

*Hughes Roberts,* for plaintiff. *Arminius Wright,* for defendant.